UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

JASON CAMACHO, for himself and on
behalf of all other persons similarly situated,

    Plaintiff,

–against–

MOBERG GALLERY, INC.,

    Defendant.

21 CV 05206 (WFK)(RML)

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against the defendant.

LAW OFFICE OF JUSTIN A. ZELLER, P.C.

By: _/s/ Justin Zeller_
Justin A. Zeller
jazeller@zellerlegal.com
277 Broadway, Suite 408
New York, N.Y. 10007-2036
Telephone: (212) 229-2249
Facsimile: (212) 229-2246
**ATTORNEYS FOR PLAINTIFF**

Dated: New York, New York
       December 31, 2021

The application is ✓ granted.  ___ denied.
SO ORDERED
**s/ WFK**
William F. Kuntz, II, U.S.D.J.
Dated: January 2, 2022
Brooklyn, New York

1